# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reno, Lee A. | Northern District of Texas - Amarillo Division | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

205 SE 5th St.
Amarillo TX 79101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | SMSR 2, LTD. |
| 2. | Director | Amarillo Area Women's Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | ▒▒▒▒▒▒▒ former law firm: 401(k) with Firm Managed Asset Selection |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dallas FBA | 01/10-11/19 | Four Seasons Hotel, Irving, TX | 2019 NDTX Bench Bar Conference Speaker | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | L | T | | | | | |
| 3. Happy State Bank (cash) | A | Interest | K | T | | | | | |
| 4. SMSR 2, LTD - Partnership Interest Amarillo, TX | B | Distribution | K | U | | | | | |
| 5. SSS Gateway LLC- Partnership Interest | C | Royalty | J | U | | | | | |
| 6. ▓▓▓▓▓▓▓▓ (X) | G | Distribution | K | U | | | | | |
| 7. Investment Account #1 (H) | | | | | | | | | |
| 8. Abbvie Inc Shs (ABBV) (X) | A | Dividend | J | T | | | | | |
| 9. Allianz Se SPD ADR (AZSEY) | A | Dividend | J | T | | | | | |
| 10. Altria Group Inc (MO) | A | Dividend | J | T | | | | | |
| 11. Ameren Corp (AEE) (Y) | | | | | | | | | |
| 12. Amgen Inc Com (AMGN) (X) | A | Dividend | J | T | | | | | |
| 13. Amn Elec Power Co (AEP) | A | Dividend | J | T | | | | | |
| 14. Astrazeneca Plc Spnd Adr (AZN) | A | Dividend | J | T | | | | | |
| 15. AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 16. AXA Spons Adr (AZAHY) | A | Dividend | J | T | | | | | |
| 17. BAE Sys Plc Spn Adr (BAESY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  BASF Se Sponsored Adr BASFY) | A | Dividend | J | T | | | | | |
| 19.  BCE Inc (BCE) | A | Dividend | J | T | | | | | |
| 20.  Blackrock Inc (BLK) (X) | A | Dividend | J | T | | | | | |
| 21.  British Amn Tobaco Spadr (BTI) | A | Dividend | J | T | | | | | |
| 22.  Centerpoint Energy Inc (CNP) (X) | A | Dividend | J | T | | | | | |
| 23.  Chevron Corp (CVX) (X) | A | Dividend | J | T | | | | | |
| 24.  Cie Generales Des (MGDDY) (X) | | None | J | T | | | | | |
| 25.  Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 26.  Coca Cola Com (KO) (X) | A | Dividend | J | T | | | | | |
| 27.  Deutsche Post AG SHS (DPSGY) (X) | A | Dividend | J | T | | | | | |
| 28.  Deutsche Tele Ag Spn Adr (DTEGY) | A | Dividend | | | Sold | 05/23/19 | J | | |
| 29.  Dominion Energy Inc (D) | A | Dividend | J | T | | | | | |
| 30.  Dow Inc Reg (DOW) (X) | A | Dividend | J | T | | | | | |
| 31.  Duke Energy Corp New (DUK) | A | Dividend | J | T | | | | | |
| 32.  Eaton Corp PLLC (ETN) | A | Dividend | J | T | | | | | |
| 33.  Emerson Elec Co (EMR) (X) | A | Dividend | J | T | | | | | |
| 34.  Entergy Corp (ETR) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 36. Firstenergy Corp (FE) | A | Dividend | J | T | | | | | |
| 37. Glaxosmithkline PLC Adr (GSK) | A | Dividend | J | T | | | | | |
| 38. Imperial Brands PLC (IMBBY) | A | Dividend | J | T | | | | | |
| 39. Intel Corp (INTC) (X) | A | Dividend | J | T | | | | | |
| 40. Intl Business Machines (IBM) (X) | A | Dividend | J | T | | | | | |
| 41. Iron Mountain Reit Inc (IRM) | A | Dividend | J | T | | | | | |
| 42. Johnson and Johnson Com (JNJ) (X) | A | Dividend | J | T | | | | | |
| 43. Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 44. Las Vegas Sands Corp (LVS) (X) | A | Dividend | J | T | | | | | |
| 45. Leggett & Platt Inc PV1Ct (LEG) (X) | | None | J | T | | | | | |
| 46. Lloyd's Banking Group PLC (LYG) (X) | A | Dividend | J | T | | | | | |
| 47. Lockheed Martin Corp (LMT) (X) | A | Dividend | J | T | | | | | |
| 48. Lyondellbasell Ind (LYB) (X) | A | Dividend | J | T | | | | | |
| 49. Macquarie Group Ltd Shs (MQBKY) (X) | A | Dividend | J | T | | | | | |
| 50. McDonalds Corp (MCD) (Y) | | | | | | | | | |
| 51. Merck and Co Inc SHS (MRK) | A | Dividend | J | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Metlife Inc (MET) | A | Dividend | J | T | | | | | |
| 53. | Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 54. | Muenchener Rueck-Unspon (MURGY) | A | Dividend | J | T | | | | | |
| 55. | National Grid Plc Sp Adr (NGG) | A | Dividend | J | T | | | | | |
| 56. | Naturgy Energy Group SA (GASNY) (Y) | | | | | | | | | |
| 57. | Nestle SA Rep RG Sh Adr (NSRGY) | A | Dividend | J | T | | | | | |
| 58. | Novartis Adr (NVS) | A | Dividend | J | T | | | | | |
| 59. | Nutrien Ltd Reg Shs (NTR) | A | Dividend | J | T | | | | | |
| 60. | Occidental Pete Corp Cal (OXY) | A | Dividend | J | T | | | | | |
| 61. | Orkla AS A Shs Adr (ORKLY) | A | Dividend | J | T | | | | | |
| 62. | Pembina Pipeline Corp (PBA) | A | Dividend | J | T | | | | | |
| 63. | Pepsico Inc (PEP) (X) | A | Dividend | J | T | | | | | |
| 64. | Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 65. | Philip Morris Intl Inc (PM) | A | Dividend | J | T | | | | | |
| 66. | Phillips 66 Shs (PSX) (X) | A | Dividend | J | T | | | | | |
| 67. | PPL Corporation (PPL) | A | Dividend | J | T | | | | | |
| 68. | Procter & Gamble Co (PG) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Red Electrica Corp Unspn Adr (RDEIY) (Y) | | | | | | | | | |
| 70. Roche Hldg Ltd Spn Adr (RHHBY) | A | Dividend | J | T | | | | | |
| 71. Rogers Communications (RCI) (Y) | | | | | | | | | |
| 72. Royal Bank Canada Pv$1 (RY) (X) | A | Dividend | J | T | | | | | |
| 73. Royal Dutch Shell Plc Spons Adr A (RDSA) | A | Dividend | J | T | | | | | |
| 74. Sanofi Adr (SNY) (X) | A | Dividend | J | T | | | | | |
| 75. Scor Sponsored Adr (SCRYY) (X) | A | Dividend | J | T | | | | | |
| 76. Siemens Ag Adr (SIEGY) (X) | A | Dividend | J | T | | | | | |
| 77. Takeda Pharmaceutical (TAK) (X) | A | Dividend | J | T | | | | | |
| 78. Target Corp (TGT) (X) | A | Dividend | J | T | | | | | |
| 79. Telus Corp (TU) | A | Dividend | J | T | | | | | |
| 80. Terna SPA Unsponsored Adr (TEZNY) | A | Dividend | J | T | | | | | |
| 81. Texas Instruments (TXN) | A | Dividend | J | T | | | | | |
| 82. Tokio Marine Holdings (TKOMY) (X) | A | Dividend | J | T | | | | | |
| 83. Total SA SP Adr (TOT) | A | Dividend | J | T | | | | | |
| 84. Truist Finl Corp (X) | | None | J | T | | | | | |
| 85. Unilever Plc New Adr (UL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Unitedhealth Group Inc (UNH) (X) | A | Dividend | J | T | | | | | |
| 87. Verizon Communications Com (VZ) | A | Dividend | J | T | | | | | |
| 88. Vinci SA Adr (VCISY) | A | Dividend | J | T | | | | | |
| 89. Vodafone Group Plc Shs Adr (VOD) (Y) | | | | | | | | | |
| 90. Watsco Inc (WSO) (X) | A | Dividend | J | T | | | | | |
| 91. WEC Energy Group Inc Shs (WEC) (Y) | | | | | | | | | |
| 92. Wells Fargo & Co New Del (WFC) (X) | A | Dividend | J | T | | | | | |
| 93. WellTower Inc (WELL) | A | Dividend | J | T | | | | | |
| 94. Investment Account #2 (H) | | | | | | | | | |
| 95. Bank of America (cash) (X) | A | Interest | J | T | | | | | |
| 96. Altria Group Inc - (MO) | A | Dividend | J | T | | | | | |
| 97. Apple Inc (AAPL) | A | Dividend | K | T | | | | | |
| 98. Berkshire Hathawayinc Del Cl B New (BRKB) | | None | K | T | Buy (add'l) | 09/04/19 | J | | |
| 99. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 100. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 101. Blackrock Inc (BLK) | A | Dividend | J | T | | | | | |
| 102. Carnival Corp Paired Shs (CCL) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Chevron Corp (CVX) | A | Dividend | J | T | | | | | |
| 104.  Cinn Fincl Crp Ohio (CINF) | A | Dividend | J | T | | | | | |
| 105.  Cisco Systems Inc Com (CSCO) | A | Dividend | J | T | | | | | |
| 106.  Coca Cola Com (KO) | A | Dividend | J | T | | | | | |
| 107.  Crown Castle Reit Inc (CCI) | A | Dividend | J | T | | | | | |
| 108.  Delta Air Lines Inc (DAL) | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 04/04/19 | J | | |
| 111. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 04/08/19 | J | | |
| 113.  Diageo Plc Spsd Adr (DEO) | A | Dividend | J | T | | | | | |
| 114.  Dominion Energy Inc (D) | A | Dividend | J | T | Buy<br>(add'l) | 06/11/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 06/12/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 117.  Duke Energy Corp New (DUK) | A | Dividend | | | Sold<br>(part) | 06/12/19 | J | A | |
| 118. | | | | | Sold<br>(part) | 06/13/19 | J | A | |
| 119. | | | | | Sold | 06/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Fastenal Company (FAST) | A | Dividend | J | T | | | | | |
| 121.  Franklin Res Inc (BEN) | A | Dividend | J | T | | | | | |
| 122.  Genl Dynamics Corp (GD) | A | Dividend | | | Sold<br>(part) | 04/03/19 | J | A | |
| 123. | | | | | Sold<br>(part) | 04/04/19 | J | A | |
| 124. | | | | | Sold<br>(part) | 05/29/19 | J | A | |
| 125. | | | | | Sold | 05/31/19 | J | A | |
| 126.  Hasbro Inc (HAS) (Y) | | | | | | | | | |
| 127.  Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 128.  Johnson and Johnson Com (JNJ) | A | Dividend | J | T | | | | | |
| 129.  Kinder Morgan Inc (KMI) | A | Dividend | J | T | | | | | |
| 130.  Lowe's Companies Inc (LOW) | A | Dividend | J | T | Buy<br>(add'l) | 08/06/19 | J | | |
| 131.  Merck and Co Inc (MRK) | A | Dividend | J | T | | | | | |
| 132.  Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 133.  Nestle S A Rep RG SH ADR (NSRGY) | A | Dividend | J | T | | | | | |
| 134.  Newmarket Corp (NEU) (Y) | | | | | | | | | |
| 135.  Norfolk Southern Corp (NSC) | A | Dividend | J | T | | | | | |
| 136.  Paccar Inc (PCAR) | A | Dividend | J | T | Sold<br>(part) | 04/02/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 04/04/19 | J | | |
| 138. Paychex Inc (PAYX) | A | Dividend | J | T | | | | | |
| 139. Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 140. | | | | | | | | | |
| 141. Phillip Morris Int Inc (PM) | A | Dividend | J | T | | | | | |
| 142. Target Corp (TGT) | A | Dividend | J | T | | | | | |
| 143. Texas Instruments (TXN) | A | Dividend | J | T | Buy (add'l) | 04/02/19 | J | | |
| 144. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 145. United Parcel Svc Cl B (UPS) | A | Dividend | J | T | | | | | |
| 146. Verizon Communiations (VZ) | A | Dividend | J | T | | | | | |
| 147. Wells Fargo & Co New (WFC) | A | Dividend | J | T | | | | | |
| 148. Investment Account #3 (H) | | | | | | | | | |
| 149. Merrill Lynch - Bank Account (cash) | A | Interest | M | T | | | | | |
| 150. San Jacinto Tex Cmty Clg Dist (798025HM7) | A | Interest | | | Redeemed | 02/15/19 | J | | |
| 151. University Houston Tex Iniv Revs (914302BK9) | A | Interest | J | T | | | | | |
| 152. Lubbock Tex Indpt Sch (549220S93) | A | Interest | K | T | | | | | |
| 153. Dallas Fort Worth Tex Intl Arpt Joint D (235036L65) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Castleberry Tex Indpt (148537NV1) | B | Interest | L | T | | | | | |
| 155. Texas Mun Pwr Agy Rev (882555XX8) | A | Interest | J | T | | | | | |
| 156. Austin Tex Elec Util Sys (052414NG0) | A | Interest | J | T | | | | | |
| 157. Houston Tex Pub Impt (442331WE0) | A | Interest | J | T | | | | | |
| 158. San Antonio Tex Pub Fac (796334AS9) | A | Interest | K | T | | | | | |
| 159. Argyle Tex Indpt Sch (040319A54) | B | Interest | L | T | | | | | |
| 160. Dallas Fort Worth Tex Intl Arpt Rev Ser G (235036T75) | B | Interest | K | T | | | | | |
| 161. San Antonio Tex Elec & Gas (7962536V9) | B | Interest | K | T | | | | | |
| 162. Lincoln AM Legacy III Annuity (Y) | | | | | | | | | |
| 163. 529 Plan #1 (H) | | | | | | | | | |
| 164. MLPF&S Mfs Age 6 to 10 Years Portfolio A (998912PH6) | | None | | | Sold | 10/29/19 | K | | |
| 165. MLPF&S Mfs Age 6 to 10 Years Portfolio C (998912YF0) | | None | | | Sold | 10/29/19 | J | | |
| 166. Blackrock Age 8-11 Years Portfolio A (998912PR4) | | None | K | T | | | | | |
| 167. Blackrock Age 8-11 Years Portfolio C (998912YP8) | | None | J | T | | | | | |
| 168. Mfs Age 10 to 11 Years Portfolio A (998912PJ2) | | None | K | T | Buy | 10/29/19 | K | | |
| 169. Mfs Age 10 to 11 Years Portfolio C (998912YG8) | | None | J | T | Buy | 10/29/19 | J | | |
| 170. 529 Plan #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  MLPF&S Mfs Age 6 to 10 Years Portfolio A (998912PH6) | | None | | | Sold | 10/29/19 | K | | |
| 172.  MLPF&S Mfs Age 6 to 10 Years Portfolio C (998912YF0) | | None | | | Sold | 10/29/19 | J | | |
| 173.  Blackrock Age 8-11 Years Portfolio A (998912PR4) | | None | K | T | | | | | |
| 174.  Blackrock Age 8-11 Years Portfolio C (998912YP8) | | None | J | T | | | | | |
| 175.  Mfs Age 10 to 11 Years Portfolio A (998912PJ2) | | None | K | T | Buy | 10/29/19 | K | | |
| 176.  Mfs Age 10 to 11 Years Porfolio C (998912YG8) | | None | J | T | Buy | 10/29/19 | J | | |
| 177.  529 Plan #3 (H) | | | | | | | | | |
| 178.  MLPF&S Blkrk Age 4 to 7 Years Portfolio C (99862HWF4) | | None | | | Sold | 04/05/19 | J | | |
| 179.  MLPF&S Blkrk Age 4 to 7 Years Portfolio A (99862HVY4) | | None | | | Sold | 04/05/19 | J | | |
| 180.  MLPF&S MFS Age 6 to 10 Years Portfolio A (998912PH6) | | None | | | Sold | 10/29/19 | K | | |
| 181.  MLPF&S MFS Age 6 to 10 Years Portfolio C (998912YF0) | | None | | | Sold | 10/29/19 | J | | |
| 182.  Blackrock Age 8-11 Years Portfolio A (998912PR4) | | None | K | T | Buy | 04/05/19 | J | | |
| 183.  Blackrock Age 8-11 Years Portfolio C (998912YP8) | | None | J | T | Buy | 04/05/19 | J | | |
| 184.  Mfs Age 8 to 9 Years Portfolio A (99862LBF8) | | None | K | T | Buy | 10/29/19 | K | | |
| 185.  Mfs Age 8 to 9 Years Porfolio C (99862LBW1) | | None | J | T | Buy | 10/29/19 | J | | |
| 186.  IRA #1 (H) | | | | | | | | | |
| 187.  Comm Services Select (XLC) | A | Dividend | J | T | Buy | 01/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Consumer Discretionary (XLY) | A | Dividend | J | T | | | | | |
| 189. First Trust Dow Jones Internet Index (FDN) | | None | J | T | | | | | |
| 190. Health Care Select SPR (XLV) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 191. Ishares NASDAQ Biotech (IBB) | A | Dividend | J | T | | | | | |
| 192. Ishares Iboxx- Invt Grade Corp Bond (LQD) | A | Dividend | J | T | | | | | |
| 193. Ishares Tips (TIP) | A | Dividend | J | T | | | | | |
| 194. Ishares Mbs Etf (MBB) | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 195. Ishares 3-7 Year Treasury Bond (IEI) | | None | | | Sold | 01/18/19 | J | A | |
| 196. Ishares Inc Core MSCI (IEMG) | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 197. | | | | | Sold (part) | 06/17/19 | J | A | |
| 198. IShares TR Core MSCI EAF ETF (IEFA) | A | Dividend | J | T | Sold (part) | 01/18/19 | J | | |
| 199. | | | | | Sold (part) | 06/17/19 | J | | |
| 200. Invesco Em Sovereign (PCY) | | None | | | Sold | 01/18/19 | J | | |
| 201. Real Estate Select (XLRE) | A | Dividend | J | T | | | | | |
| 202. Sector Spdr Energy (XLE) (X) | A | Dividend | J | T | | | | | |
| 203. Sector Spdr Utilities (XLU) (X) | A | Dividend | J | T | | | | | |
| 204. Spdr US Financial Sector (XLF) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Vanguard Consumer (VDC) | A | Dividend | J | T | | | | | |
| 206. Vanguard Materials ETF (VAW) | A | Dividend | J | T | | | | | |
| 207. Vanguard Information Tech Etf (VGT) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 208. Vanguard Short-Term Bond (BSV) | | None | | | Sold | 01/16/19 | J | | |
| 209. Vanguard Industrial Etf (VIS) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 210. Vanguard Intermediate (BIV) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | | |
| 211. Vanguard Short-Term (VCSH) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 212. Vanguard Intermediate Term Corp Bond ETF (VCIT) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 213. IRA #2 (H) | | | | | | | | | |
| 214. Comm Services Select (XLC) (X) | A | Dividend | J | T | | | | | |
| 215. Consumer Discretionary (XLY) | A | Dividend | J | T | | | | | |
| 216. First Trust Dow Jones (FDN) (X) | | None | J | T | | | | | |
| 217. Health Care Select Spdr - - ETF Fund (XLV) | A | Dividend | J | T | | | | | |
| 218. Ishares Iboxx $ (LQD) (X) | A | Dividend | J | T | | | | | |
| 219. Ishares MBS Etf- ETF Fund (MBB) | A | Dividend | J | T | | | | | |
| 220. Ishares Inc Core Msci Emerging MKts- ETF Fund (IEMG) | A | Dividend | J | T | | | | | |
| 221. IShares TR Core MSCI EAF (IEFA) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. SPDR US Financial Sector ETF Fund (XLF) | A | Dividend | J | T | | | | | |
| 223. Vanguard Consumer Staples- ETF Fund (VDC) | A | Dividend | J | T | | | | | |
| 224. Vanguard Information Tech- ETF Fund (VGT) | A | Dividend | J | T | | | | | |
| 225. Vanguard Industrial- ETF Fund (VIS) | A | Dividend | J | T | | | | | |
| 226. Vanguard Short Term Bond (BSV) | A | Dividend | | | Sold | 01/16/19 | J | | |
| 227. Vanguard Short Term (VCSH) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 228. Vanguard Intermediate Term (VCIT) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 229. Vanguard Intermediate Term Bond (BIV) (Y) | | | | | | | | | |
| 230. 401(k) #1 (H) | | | | | | | | | |
| 231. Vanguard Trgt Retire 2035 Fund Investment | | None | O | T | | | | | |
| 232. 401(k) #2 (H) | | | | | | | | | |
| 233. Vanguard Trgt Retire 2040 Fund Investment | | None | O | T | | | | | |
| 234. Lincoln Financial American Legacy Variable Annuity (H) | | | | | | | | | |
| 235. AF Global Growth MR Lvip- Mutal Funds (AMGLGRAMR) | | None | K | T | | | | | |
| 236. Amer Funds MR Asset Allocation - Mutual Funds (AFMNGDRSK) | | None | J | T | | | | | |
| 237. AF Global Bal Alloc MR- Mutual Funds (AMGLBLAMR) | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| Reno, Lee A. | 08/10/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lee A. Reno**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544